# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

CHUKWUMA E. AZUBUKO

V.  CASE No.: 5:08-CV-330(NPM/GJD)

JUDGES OF THE UNITED STATES
DISTRICT COURT, District of Massachusetts

**[ ]**   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[XX]**   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFF dismissing the complaint in its entirety pursuant to 28 U.S.C. §1915(e)(2)(B)(i)-(iii) and 28 U.S.C. §1406(a), and PLAINTIFF is enjoined from further filings without leave of court as set forth in the Decision and Order of the Hon. Neal P. McCurn dated April 16, 2008.

DATED:   April 17, 2008

Clerk of Court

LKB:lmp